*Linda N. Howe*, assistant state's attorney, in opposition.

Decided March 28, 2002

STATE OF CONNECTICUT *v.* PABLO ANDRADES

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 905 (AC 21855), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided March 28, 2002